AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| RICHARD BERNICH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-01713-ST |
| US MORTGAGE CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Richard Bernich                                                                                      .

Date:      03/23/2026

/s/ Mark K. Svensson
*Attorney's signature*

Mark K. Svensson
*Printed name and bar number*

MILBERG, PLLC
405 East 50th Street
New York, New York 10022

*Address*

msvensson@milberg.com
*E-mail address*

(202) 975-0468
*Telephone number*

*FAX number*