**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RICHARD BERNICH, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>US MORTGAGE CORPORATION<br><br>Defendant. | Case No. 2:26-cv-01713-ST |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Richard Bernich, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant US Mortgage Corporation without prejudice.

Dated: April 1, 2026,

Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes *(admitted pro hac vice)*
**MILBERG, PLLC**
333 SE 2nd Ave, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

*Attorneys for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mariya Weekes*
Mariya Weekes